UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARIELL GLAZE, | ) | CASE NO. 1:19 CV 2969 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | ORDER OF DISMISSAL |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| Defendant. | ) | |

The parties have jointly notified the Court that they have reached a settlement in principle that will resolve all outstanding claims in this action. They anticipate finalizing the settlement by November 1, 2021. Therefore, this case is dismissed without prejudice. Plaintiff may petition to have the case reinstated within 90 days if the settlement is not finalized. If a request for reinstatement is not initiated within 90 days, this dismissal will be converted to a dismissal with prejudice. Each party to bear its own costs. IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: August 6, 2021